# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Kirby Ashley, et al.

            Plaintiff,

v.                 Case No.: 1:17−cv−00149

                Honorable Rebecca R. Pallmeyer

Partners for Payment Relief, DE II, LLC, et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 3, 2017:

  MINUTE entry before the Honorable Rebecca R. Pallmeyer: Ex−Parte motion to extend time for Defendant Partners For Payment Relief DE IL, LLC to file its Answer [21] granted, without an appearance. The Deadline of February 3, 2017 for Defendant, Partners for Payment Relief DE II, LLC is hereby extended 30 days. Status now set for 3/17/2017 to stand. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.