UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Kirby Ashley, et al.

                              Plaintiff,

v.                                                         Case No.: 1:17−cv−00149

                                                            Honorable Rebecca R. Pallmeyer

Partners for Payment Relief, DE II, LLC, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 11, 2017:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 12/11/2017. Case is dismissed without prejudice, with leave to reinstate within 30 days. Absent a motion for reinstatement being filed within 30 days, the court will dismiss Plaintiff's individual claim with prejudice. Class claims will be dismissed without prejudice. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.